| | |
|---|---|
| 1 | Philip C. Bourdette SBN 47492 |
| 2 | Miriam Bourdette  SBN 151980 |
|   | BOURDETTE & PARTNERS |
| 3 | 2924 West Main Street |
|   | Visalia, CA 93291 |
| 4 | (559) 625-8425 |
|   | Fax (559) 625-8491 |
| 5 | pcbb@bourdettelaw.com |
| 6 | mrbb@bourdettelaw.com |
|   | Attorneys for Plaintiffs |
| 7 | |
| 8 | Simona A. Farrise SBN 171708 |
|   | Leigh Kirmsse SBN 160967 |
| 9 | Farrise Firm PC |
|   | 225 South Olive St., Ste 102 |
| 10 | Los Angeles, CA 90012 |
|    | 310-424-3355 |
| 11 | FAX 510-588-4536 |
|    | sfarrise@farriselaw.com |
| 12 | LKirmsse@farriselaw.com |
|    | Attorneys for Plaintiffs |
| 13 | |
| 14 | Sharon J.Arkin SBN #154858 |
|    | The Arkin Law Firm |
| 15 | 333 South Grand Avenue, 25th Floor |
|    | Los Angeles, CA 90071 |
| 16 | (541) 469-2892 |
|    | FAX: 866) 571-5676 |
| 17 | sarkin@arkinlawfirm.com |
|    | Attorney for Plaintiffs |
| 18 | |
| 19 | Pamela Yates SBN 137740 |
|    | Wendy S. Dowse SBN 261224 |
| 20 | Julie A. Belezzuoli SBN 267302 |
|    | KAYE SCHOLER LLP |
| 21 | 1999 Avenue of the Stars, Suite 1600 |
| 22 | Los Angeles, CA 90067 |
|    | (310) 788-1000 |
| 23 | FAX (310) 788-1200 |
|    | pyates@kayescholer.com |
| 24 | wdowse@kayescholer.com |
|    | julie.belezzuoli@kayscholer.com |
| 25 | Attorneys for Defendants |
| 26 | |
| 27 | |
| 28 | |

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | Case No.: 1:04-cv-06343-JRG-DLB |
| Plaintiff, | ORDER GRANTING PARTIES' JOINT SCHEDULING ORDER FOR REMAND GROUP 2 |
| vs. | |
| WYETH LLC, et al. Defendants. | |

| | |
|---|---|
| KAY UHALT and STEPHEN UHALT, | Case No.: 1:10-cv-02404-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |

| | |
|---|---|
| DOROTHY SETSER and HOWARD SETSER, | Case No.: 1:10-cv-02405-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. Defendants | |

2

| | |
|---|---|
| CAROL HILL and LEONARD HILL<br><br>        Plaintiffs,<br><br>vs.<br><br>WYETH LLC. et al<br><br>        Defendants. | Case No.: 1:10-cv-02394-JRG-DLB |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS,<br><br>        Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:10-cv-02382-JRG-DLB |

3

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

| | | |
|---|---|---|
| SHIRLEY BOWLES and GERALD BOWLES,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:04-cv-06346-JRG-DLB |
| DONNA HAMES and MICHAEL HAMES<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02392-JRG-DLB |
| VICTORIA POOLE and DELBERT POOLE<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02397-JRG-DLB |

The Court having considered the Stipulated to and Jointly Filed Proposed Scheduling Order by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT the following pre-trial dates will be the deadlines in all Remand Group 2 cases:

02/03/2012   Amendment of Pleadings and Joinder of Parties

03/23/2012   Plaintiff's Expert Disclosure  (Waddell, Uhalt, Setzer, Hill, Phillips)

03/30/2012   Plaintiff's Expert Disclosure  (McPherson, Craven, Bowles, Hames, Poole)

4

| Date | Event |
|---|---|
| 04/13/2012 | Deadline for written Discovery Requests |
| 04/20/2012 | Defendants' Expert Disclosure (Waddell, Uhalt, Setzer, Hill, Phillips) |
| 04/27/2012 | Defendants' Expert Disclosure (McPherson, Craven, Bowles, Hames, Poole) |
| 05/04/2012 | Rebuttal Expert Disclosure (Waddell, Uhalt, Setzer, Hill, Phillips) |
| 05/11/2012 | Rebuttal Expert Disclosure (McPherson, Craven, Bowles, Hames, Poole) |
| 05/29/2012 | Deposition Deadline and Close of Discovery |
| 06/08/2012 | File Dispositive & *Daubert* Motions (Waddell, Uhalt, Setzer, Hill, Phillips) |
| 06/15/2012 | File Dispositive & *Daubert* Motions (McPherson, Craven, Bowles, Hames, Poole) |
| 06/22/2012 | File Responses to Dispositive Motions (Waddell, Uhalt, Setzer, Hill, Phillips) |
| 06/29/2012 | File Responses to Dispositive Motions (McPherson, Craven, Bowles, Hames, Poole) |
| 07/02/2012 | File Replies to Dispositive Motions (Waddell, Uhalt, Setzer, Hill, Phillips) |
| 07/09/2012 | File Replies - Dispositive Motions (McPherson, Craven, Bowles, Hames, Poole) |
| 07/18/2012 | File Motions in Limine |
| 07/27/2012 | File Responses to Motions in Limine |
| 07/27/2012 | 11:00 AM Hearing on Motions for Summary Judgment |
| 08/01/2012 | Deadline for Meet & Confer re Settlement and/or Mediation |
| 08/06/2012 | Plaintiff Draft Integrated Pre-Trial Order to Defendants |
| 08/13/2012 | Integrated Pre-Trial Order Filed by Defendants |
| 08/20/2012 | 11:00 AM Pre-trial Conference |
| 08/23/2012 | Submit Proposed Jury Instructions |
| 09/10/2012 | Final Settlement Conference |

Trials of Remand Group 2 Plaintiffs will begin October 22, 2012 and continue through May 13, 2013, pursuant to my order of January 12, 2012.

IT IS SO ORDERED

Dated: 20 Jan 2012

HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATED DISTRICT COURT JUDGE