1   Philip C. Bourdette SBN 47492
2   Miriam Bourdette   SBN 151980
    BOURDETTE & PARTNERS
3   2924 West Main Street
    Visalia, CA 93291
4   (559) 625-8425
    Fax (559) 625-8491
5   pcbb@bourdettelaw.com
    mrbb@bourdettelaw.com
6   Attorneys for Plaintiffs

7
    Simona A. Farrise SBN 171708
8   Leigh Kirmsse SBN 160967
    Farrise Firm PC
9   225 South Olive St., Ste 102
    Los Angeles, CA 90012
10  310-424-3355
11  FAX 510-588-4536
    sfarrise@farriselaw.com
12  LKirmsse@farriselaw.com
    Attorneys for Plaintiffs
13
    Sharon  J.Arkin SBN #154858
14  The Arkin Law Firm
15  333 South Grand Avenue, 25th Floor
    Los Angeles, CA 90071
16  (541) 469-2892
    FAX: 866) 571-5676
17  sarkin@arkinlawfirm.com
18  Attorney for Plaintiffs

19  Pamela Yates SBN 137740
    Wendy S. Dowse SBN 261224
20  Julie A. Belezzuoli SBN 267302
    KAYE SCHOLER LLP
21  1999 Avenue of the Stars, Suite 1600
22  Los Angeles, CA 90067
    (310) 788-1000
23  FAX (310) 788-1200
    pyates@kayescholer.com
24  wdowse@kayescholer.com
    julie.belezzuoli@kayscholer.com
25  Attorneys for Defendants

26

27

28

ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | ) Case No.: 1:04-cv-06343-JRG-DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER RELATING |
| | ) TO THE PARTIES' JOINT |
| vs. | ) PROPOSED TRIAL AND PRE- |
| | ) TRIAL SCHEDULE |
| WYETH LLC, et al. | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| KAY UHALT and STEPHEN UHALT, | ) Case No.: 1:10-cv-02404-JRG-DLB |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| DOROTHY SETSER and HOWARD SETSER, | ) |
| | ) Case No.: 1:10-cv-02405-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL | ) | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | Plaintiffs, | ) |
| 3 | vs. | ) |
| 4 | WYETH LLC. et al | ) |
| 5 | Defendants. | ) |
| 6 | | ) |

| | | |
|---|---|---|
| 7 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, | ) | Case No.: 1:10-cv-02395-JRG-DLB |
| 8 | | ) |
| 9 | | ) |
| 10 | Plaintiffs, | ) |
| 11 | vs. | ) |
| 12 | WYETH LLC, et al. | ) |
| 13 | Defendants. | ) |

| | | |
|---|---|---|
| 14 | GLORIETTE MCPHERSON, | ) | Case No.: 1:10-cv-02384-JRG-DLB |
| 15 | | ) |
| 16 | Plaintiff, | ) |
| 17 | vs. | ) |
| 18 | WYETH LLC, et al. | ) |
| 19 | Defendants. | ) |
| 20 | | ) |

| | | |
|---|---|---|
| 21 | BETTY CRAVEN and GEORGE CRAVEN, | ) | Case No.: 1:10-cv-02382-JRG-DLB |
| 22 | | ) |
| 23 | Plaintiffs, | ) |
| 24 | vs. | ) |
| 25 | WYETH LLC, et al. | ) |
| 26 | Defendants. | ) |
| 27 | | |
| 28 | | |

3

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| SHIRLEY BOWLES and GERALD BOWLES, | ) Case No.: 1:04-cv-06346-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| DONNA HAMES and MICHAEL HAMES | ) Case No.: 1:10-cv-02392-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| VICTORIA POOLE and DELBERT POOLE | ) Case No.: 1:10-cv-02397-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| LOIS ZANYK | ) Case No.: 1:10-cv-00287-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

4

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

1   CARLEEN WEST                              ) Case No.: 1:10-cv-00289-JRG-DLB
                                             )
2                                            )
3          Plaintiff,                        )
                                             )
4       vs.                                  )
                                             )
5   PFIZER INC., et al.                      )
                                             )
6          Defendants.                       )
                                             )
7   _____)

8   PAMELA TURNER                            ) Case No.: 1:10-cv-00288-JRG-DLB
                                             )
9                                            )
10         Plaintiff,                        )
                                             )
11      vs.                                  )
                                             )
12  PFIZER INC., et al.                      )
                                             )
13         Defendants.                       )
                                             )
14  _____)

15  LUCILLE MACIAS                           ) Case No.: 1:10-cv-00282-JRG-DLB
                                             )
16                                           )
17         Plaintiff,                        )
                                             )
18      vs.                                  )
                                             )
19  PFIZER INC., et al.                      )
                                             )
20         Defendants.                       )
                                             )
21  _____)

22          The Court having considered the Joint Proposed Trial and Pre-Trial Schedule filed by the

23  Parties in these actions, and finding good cause therefore;

24          IT IS HEREBY ORDERED as follows:

25

26

27
                                             5
28  _____
    **ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

1)     The following trial and pre-trial schedule is set in the matter of *Waddell v. Wyeth LLC, et al.*  Per the Court's order on September 4, 2012, the matter of *Waddell v. Wyeth LLC, et al* will be the first set trial scheduled to begin on February 5, 2013.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of  Defendants' Expert Reports | November 16, 2012 |
| Defendants' Expert Discovery Deadline | November 30, 2012 |
| Dispositive/*Daubert* Motions | December 10, 2012 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | February 5, 2013 |
| Jury/Non-Jury | Jury |

2)     The following trial and pre-trial schedule is set in the matters of *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* These cases will be the next set to proceed to trial following *Waddell v. Wyeth LLC, et al.*  As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE

| EVENT | PROPOSED DEADLINE |
|---|:---:|
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

3)      The following trial and pre-trial schedule is set in the matters of *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* These cases will be the next set to proceed to trial following *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|:---:|
| Disclosure of Defendants' Expert Reports | January 28, 2013 |
| Defendants' Expert Discovery Deadline | February 18, 2013 |
| Dispositive/*Daubert* Motions | March 4, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | March 18, 2013 |
| Hearing on MILs | TBD by Court |

7

| Settlement Conference Cut-Off | March 1, 2013 |
| Joint Pre-Trial Order Due | March 22, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | March 29, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | April 8, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

4)      The following trial and pre-trial schedule is set in the matters of *Bowles v. Wyeth LLC, et al, Poole v. Wyeth LLC, et al, McPherson v. Wyeth LLC, et al, Hames v. Wyeth LLC, et al & Craven v. Wyeth LLC, et al.*  These cases will be the next set to proceed to trial following *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.*  As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| Disclosure of  Defendants' Expert Reports | March 11, 2013 |
| Defendants' Expert Discovery Deadline | April 12, 2013 |
| Dispositive/*Daubert* Motions | April 26, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | May 13, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | May 1, 2013 |
| Joint Pre-Trial Order Due | May 17, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | May 22, 2013 |

ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE

| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | June 3, 2013 |
|---|---|
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

IT IS SO ORDERED

Dated: September 20, 2012

_Joseph R. Goodwin, Chief Judge_

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**